IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ADAM MILLER,

    Petitioner,                                      JUDGMENT IN A CIVIL CASE

v.                                                Case No. 15-cv-33-jdp

WARDEN LIZZIE TEGELS,

    Respondent.

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition for a writ of habeas corpus under 28 U.S.C. § 2254 filed by petitioner Adam Miller.

| /s/ | 5/9/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |